

ORDERED in the Southern District of Florida on August 21, 2017.

*Laurel M. Isicoff*
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                                     :          CASE NO.: 17-20180-LMI
                                                           :
M & M WAREHOUSE, INC,          :          CHAPTER 7
                                                           :
        Debtor.                                     :
_____/

### ORDER DISMISSING CASE WITH PREJUDICE FOR ONE YEAR

THIS CAUSE came before the Court on August 17, 2017 at 11:00 A.M. to consider the Trustee's *Motion to Dismiss Chapter 7 Case* [D.E. 5] (the "*Motion*"). The Court, has reviewed the Motion and the record herein, and considered the argument of Counsel for the Chapter 7. Based on the reasons set forth in the Motion and set forth by the Trustee's counsel, and for the reasons stated on the record, it is:

**ORDERED AND ADJUDGED** as follows:

1.          The Trustee's *Motion to Dismiss Chapter 7 Case* [D.E. 5] is **GRANTED.**

2. This case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above-named debtor earlier than One (1) year from the date of this Order (the "***Prejudice Period***").

3. This court retains jurisdiction to enforce the terms of this Order.

###

ROBERT A. ANGUEIRA
Chapter 7 Trustee.
16 S.W. 1st Avenue
Miami, Florida 33130
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail: trustee@rabankruptcy.com

Copies furnished to:
Robert A. Angueira, Trustee

*(Trustee Robert Angueira is directed to serve copies of this Order upon the Debtor, Debtor's attorney, Trustee, U.S. Trustee and all parties who have requested notice, and to file a Certificate of Service with the Court confirming such service.)*