CGFD33 (10/01/16)



ORDERED in the Southern District of Florida on September 22, 2017

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 17–20180–LMI
Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

M & M Warehouse Inc
295 W 27th St Unit 2
Hialeah, FL 33010

EIN: 77–0703833

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Robert A Angueira, having filed a final report, is discharged and this case is closed.

# # #